

# Fourth Court of Appeals
## San Antonio, Texas

August 12, 2015

No. 04-14-00565-CR

Rodolfo Martinez **SALINAS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2009-CRP-000403-D1
Honorable Elma T. Salinas-Ender, Judge Presiding

## O R D E R

Before the Court is the State's motion for reconsideration of denial of oral argument. The motion is GRANTED. This Court's previous order dated August 5, 2015, setting this matter for submission on the briefs is withdrawn.

The above cause is set for formal submission and oral argument before this Court on September 23, 2015, at 3p.m., before a panel consisting of Chief Justice Marion, Justice Angelini, and Justice Pulliam.

Argument is limited to twenty (20) minutes to each side and ten (10) minutes rebuttal for the appellant. If you do not wish to present argument, you must notify this Court in writing within seven (7) days of receiving this notice.

**PER CURIAM**

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court